■ RAFAEL URENA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 109727.) [979 NYS2d 906]—Appeal from an order of the Court of Claims (Christopher J. McCarthy, J.), entered September 10, 2012. The order granted the motion of defendant for summary judgment dismissing the claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of SAMUEL ABDUL-JABBAR, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [979 NYS2d 906]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered October 15, 2012 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ In the Matter of DARYL KNICKERBOCKER, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [979 NYS2d 907]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered September 20, 2012 in a CPLR article 78 proceeding. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.